KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 103 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ARACELLY CUERVO, | DOCKET NO: 08 CV 2262 |
| Plaintiff, | |
| -against- | |
| 7 WORLD TRADE COMPANY, L.P., A RUSSO WRECKING, INC., ABM INDUSTRIES INC., ABM JANITORAL NORTHEAST, INC., AMEC MANAGEMENT, INC., AMEC EARTH ENVIRONMENTAL, INC., ANTHONY CORTESE SPECIALIZED HAULING LLC., ATLANTIC HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC., BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL INC., BERKEL & COMPANY, CONTRACTORS, INC., BIG APPLE WRECKING & CONSTRUCTION CORP., BOVIS LEND LEASE LMB, INC., BREEZE CARTING CORP., BREEZE NATIONAL INC., BRER-FOUR TRANSPORTATION CORP., BURO HAPPOLD CONSULTING ENGINEERS, P.C., C.B. CONTRACTING CORP., CANRON CONSTRUCTION COP., CORD CONTRACTING CO., INC., DAKOTA DEMO TECH; DIAMOND POINT EXCAVATING CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED CARTING, INC., DMT ENTERPRISE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., EAGLE LEASING & INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING | NOTICE OF APPEARANCE |

CONTRACTORS, INC., ED DAVIES, INC., EN-TECH
CORP., EVERGREEN RECYCLING OF CORONA
(EROC) EWELL W. FINLEY, P.C., EXECUTIVE
MEDICAL SERVICES, P.C, FLEET TRUCKING, INC.,
FRANCIS A. LEE EXTERIOR RESTORATION; INC.,
FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK
LLP., GOLDSTEIN KOCH SKANSKA INC., LAQUILA
CONSTRUCTION INC., LASTRADA GENERAL
GENERAL CONTRACTING CORP., LESLIE E.
ROBERTSON ASSOCIATES CONSULTING
ENGINEERS, P.C., LIBERTY MUTUAL GROUP;
LOCKWOOD, KESSLER & BARTLESS, INC.
LUCIUS PITKIN, INC., LZA TECH-DIV OF
THORTON TOMASTEEI, MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI
WRECKING INC., HUDSON MERIDIAN CONSTRUCTION
GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, P.C., MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY; PETER SCALAMANDRE
& SONS, INC., PINNACLE ENVIRONMENTAL CORP.,
PLAZA CONSTRUCTION CORP., PLAZA
CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.;
PT & L CONTRACTING CORP., ROBER SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC.,
SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILERITE CONTRACTING CORPORATION; SIMPSON
GUMPERTZ & HEDGER, INC., SKIDMORE, OWING &
MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK; TISHMAN INTERIORS
CORPORATION; TISHMAN SPEYER PROPERTIES;
THORTON-TOMASETTI, GROUP, INC., TORRETTA
TRUCKING, INC., TOTAL SAFETY CONSULTING, LLC.,
TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION
CO., INC., TURNER CONSTRUCTION COMPANY; ULTIMATE
DEMOLITION CS HAULING (JOINT VENTURE); VOLLMER
ASSOCIATES LLP., WEEKS MARINE INC., WEIDLINGER

ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY
CONTRACTING INC., WOLKOW-BRAKER ROOKING
CORP., WORLD TRADE CENTER PROPERTIES, LLC.,
WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS
CONTRACTING COMPANY, INC., YORK
HUNTER CONSTRUCTION, LLC., ZIEGENFUSS
DRILLING, INC.,

OFF SITE:
100 CHURCH, LLC, AMBIENT GROUP, INC.,
BANKERS TRUST COMPANY, BT PRIVATE
CLIENTS CORP., CAPITAL PROPERTIES, INC.,
CUNNINGHAM DUCT CLEANING CO.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
EMPIRE STATE PROPERTIES, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEFRAK ORGANIZATION,
INC., MERRILL LYNCH & CO., INC.
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., THE BANK OF NEW YORK TRUST COMPANY,
N.A., TISHMAN INTERIORS CORPORATION,
TRC ENGINEERS, INC., TRINITY CENTRE, LLC.,
TULLY CONSTRUCTION CO., INC., TULLY
CONSTRUCTION CO., INC., TULLY INDUSTRIES,
INC., and ZAR REALTY MANAGEMENT CORP., et al.

**Defendants.**
-----------------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 28, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Matthew P. Mazzola (MM7427)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **ARACELLY CUERVO**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ARACELLY CUERVO**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**