UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ARACELLY CUERVO,                                        08CV2262(AKH)

                            Plaintiff(s),        **NOTICE OF ADOPTION BY
                                                  100 CHURCH LLC OF
                -against-                          AMENDED ANSWER TO
                                                  MASTER COMPLAINT**
100 CHURCH LLC, et al.,

                            Defendants.


   **PLEASE TAKE NOTICE** that defendant **100 CHURCH LLC** (hereinafter "100

CHURCH"), as and for its response to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) related to the Master Complaint filed in the above reference action,

herein adopts 100 Church's Amended Answer to Master Complaint dated August 30, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site

Litigation,* 21 MC 102 (AKH).  To the extent that 100 CHURCH's Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-

Off Complaint in the above-captioned matter, 100 CHURCH denies the truth of specific

allegations.

**WHEREFORE**, 100 Church demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
May 14, 2008

                                    **HARRIS BEACH PLLC**
                                    *Attorneys for Defendant*
                                    100 CHURCH LLC


                                             /s/
                                    Stanley Goos, Esq.  (SG 7062)
                                    100 Wall Street, 23rd Floor
                                    New York, New York 10005
                                    (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.    Notice of 100 Church LLC's Adoption of Amended Answer to Master Complaint.

Dated: May 14, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)