UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 103 (AKH)

_____

ARACELLY CUERVO,                                       08-CIV-2262 (AKH)

                      Plaintiff,

  -against-

100 CHURCH, LLC, ET. AL.,

                      Defendants.
_____

## NOTICE OF APPEARANCE

      Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
        May 15, 2008                WHITEMAN OSTERMAN & HANNA LLP

                                    /s/ John J. Henry
                          BY:  _____
                                  John J. Henry (JH-7137)
                                  William S. Nolan (WN-8091)
                                  Attorneys for Defendant TRC Engineers, Inc.
                                  One Commerce Plaza
                                  Albany, New York  12260
                                  (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer